No. A–798 (77–1360). BRACY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Application for reconsideration of denial of stay, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied.

No. A–817. WEINSTEIN *v.* FLORIDA. Sup. Ct. Fla. Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–821 (77–1377). HULL *v.* FLORIDA. Sup. Ct. Fla. Renewed application for stay, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–863 (77–1471). EDWARDS ET AL., MEMBERS, HOUSE OF REPRESENTATIVES *v.* CARTER, PRESIDENT OF THE UNITED STATES. C. A. D. C. Cir. Application for injunction, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. D–130. IN RE DISBARMENT OF SPURLARK. It having been reported to the Court that Royal E. Spurlark, Jr., has been reinstated on the roll of attorneys admitted to practice in the State of Illinois, it is ordered that the order of this Court entered January 9, 1978 [434 U. S. 1004], suspending Royal E. Spurlark, Jr., from further practice of law in this Court be vacated and that the rule to show cause issued January 9, 1978, be discharged.

No. 76–1701. TENNESSEE VALLEY AUTHORITY *v.* HILL ET AL. C. A. 6th Cir. [Certiorari granted, 434 U. S. 954.] Motion of Pacific Legal Foundation for leave to participate in oral argument as *amicus curiae* denied.

No. 77–380. ANDRUS, SECRETARY OF THE INTERIOR *v.* CHARLESTONE STONE PRODUCTS CO., INC. C. A. 9th Cir. [Certiorari granted, 434 U. S. 964.] Motion of J. Alan Steele for leave to file a brief as *amicus curiae* granted.